# Order

**Michigan Supreme Court**
**Lansing, Michigan**

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

November 1, 2006

131842

CREAMUS PAXTON HOWARD, #140547

    Plaintiff-Appellant,

v

CORRECTIONS DEPARTMENT,

    Defendant-Appellee.

_____

SC: 131842
CoA: 270827

On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of August 24, 2006, the Clerk of the Court is hereby directed to close this file.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 1, 2006

_____
Clerk

jm